## Dunk, Appellant, *v.* Pennsylvania Public Utility Commission.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Christian V. Graff,* with him *John E. Fullerton,* for appellants.

*Anthony L. Marino,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee.

*Samuel Graff Miller,* with him *Donald Blanken* and *Edwin W. Scott,* for Philadelphia Electric Company, appellee.

OPINION PER CURIAM, February 6, 1967:

The petition for allowance of appeal is granted. The order of the Superior Court affirming the order of the

636

Public Utility Commission is vacated and the record remitted to the Superior Court for reargument and opinion.